Electronically Filed - Mississippi - February 08, 2023 - 11:10 AM

STATE OF MISSOURI
THIRTY-THIRD JUDICIAL CIRCUIT COURT
CIRCUIT COURT OF MISSISSIPPI COUNTY

| | |
|---|---|
| SIERRA N. SCOTT, JOHN C. SCOTT, and C.S, L.S, and M.S., minors, by and through their Next Friend SIERRA N. SCOTT,   Plaintiffs,  v.  GEICO GENERAL INSURANCE COMPANY,  Serve: c/o C T Corporation System             120 S Central Ave             Clayton, MO 63105   Defendant. | Cause No.:  Division:  **DEMAND FOR JURY TRIAL** |

### PETITION

COME NOW, Plaintiffs, Sierra N. Scott, John C. Scott, and minors C.S., L.S., and M.S., by and through their Next Friend Sierra N. Scott ("Plaintiffs" or "S. Scott", "J. Scott", "C.S.", "L.S." or "M.S."), by and through their undersigned counsel, Gregory D. Vescovo, Jr., of Morgan & Morgan, P.A., and for their cause of action against Defendant, Geico General Insurance Company ("Defendant" or "Geico"), states to the Court as follows:

### PARTIES

1. At all times relevant hereto, Plaintiff Sierra N. Scott was and is a citizen and resident of the State of Missouri.

2. At all times relevant hereto, Plaintiff John C. Scott was and is a citizen and resident of the State of Missouri.

3. Plaintiff C.S. is the minor daughter of Plaintiff Next Friend Sierra N. Scott and, at

1

Exhibit A

all times relevant hereto, has been living with Sierra N. Scott, and therefore is a resident and citizen of the State of Missouri.

4. Plaintiff L.S. is the minor daughter of Plaintiff Next Friend Sierra N. Scott and, at all times relevant hereto, has been living with Sierra N. Scott, and therefore is a resident and citizen of the State of Missouri.

5. Plaintiff M.S. is the minor daughter of Plaintiff Next Friend Sierra N. Scott and, at all times relevant hereto, has been living with Sierra N. Scott, and therefore is a resident and citizen of the State of Missouri.

6. At all relevant times hereto, Defendant Geico is an insurance company in good standing in the State of Missouri who, upon information and belief, regularly solicits and transacts business in the State of Missouri.

## VENUE AND PERSONAL JURISDICTION

7. Venue is proper in the Circuit Court of Mississippi County pursuant to Mo. Rev. Stat. § 508.010 because Plaintiff was first injured in Mississippi County.

8. Jurisdiction is proper over the Defendant in the State of Missouri pursuant to at least Mo. Rev. Stat. § 506.500 because Defendant conducts business within the State of Missouri.

## FACTUAL ALLEGATIONS

9. That on or about June 17, 2022, Plaintiffs were restrained passengers in a vehicle being operated in Mississippi County, Missouri.

10. That on or about June 17, 2022, Plaintiffs were parked on eastbound Iron Bank Road.

11. That Iron Bank Road is a public thoroughfare which passes through, among other areas, Mississippi County, Missouri.

12. That an uninsured driver, Flora Murray struck the vehicle Plaintiffs were in from the rear.

13. That as a result, of the aforementioned events, Plaintiffs have suffered permanent and progressive injuries, and have incurred past, and will incur future medical bills for reasonable and necessary treatment.

## COUNT I
### (Breach of Uninsured Motorist Contract)

14. Plaintiffs hereby incorporate by reference the above allegations ass though fully set forth herein.

15. That Plaintiff John C. Scott purchased an insurance policy through Defendant Geico for automobile coverage, including uninsured motorist protection, with effective policy dates of April 17, 2022, through October 17, 2022.

16. That Defendant Geico issued an insurance policy to Plaintiff John C. Scott as named insured, policy number 6096-75-79-81, specifically providing coverage for the 2008 Chevrolet Silverado vin: ***********354649 which is the vehicle involved in the collision.

17. That the policy was in full force and effect on June 17, 2022, the date of the collision.

18. That Plaintiff paid Defendant premiums for insurance coverage, to include uninsured motorist coverage in the amount of Twenty-Five Thousand Dollars ($25,000.00) per person and Fifty Thousand Dollars ($50,000.00) per occurrence, and therefore, Plaintiffs are entitled to benefit from the insurance contract's protections.

19. That, as referenced supra, Plaintiffs each sustained bodily injury as a result of the collision with Flora Murray, the uninsured driver.

20. That Flora Murray the uninsured driver is legally liable for Plaintiffs bodily injuries.

21. That Flora Murray is uninsured and operating an uninsured vehicle at the time of the collision as defined by the insurance contract with Defendant.

22. That all conditions precedent to the liability of Defendant Geico under Plaintiff's own uninsured motorist policy have been met.

23. That on or about December 15, 2022, Plaintiffs sent Defendant Geico a demand for settlement of their claims under the uninsured motorist provision of the insurance policy.

24. That as a direct and proximate result of Defendant's breach of the insurance contract, Plaintiff has been damaged.

WHEREFORE, Plaintiffs, Sierra N. Scott, John C. Scott, and minors C.S., L.S., and M.S., by and through their Next Friend Sierra Scott prays for a judgment against Defendant Geico General Insurance Company in a sum in excess of Twenty-Five Thousand Dollars ($25,000.00), together with costs herein expended, and for any further relief this Court deems just and proper.

## COUNT II
### (Vexatious Refusal to Pay)

25. Plaintiffs hereby incorporate by reference the above allegations as though fully set forth herein.

26. That on or about December 15, 2022, Plaintiffs sent Defendant Geico a formal demand for settlement of their claims under the uninsured motorist provision of the insurance policy.

27. That in the formal demand served upon Defendant Geico, Plaintiff Sierra N. Scott acknowledged that she has accrued Fourteen Thousand One Hundred Ninety-Nine Dollars and

4

Seventy-Five Cents ($14,199.75) in medical bills and has suffered significant and permanent injuries resulting from the collision.

28. That in the formal demand served upon Defendant Geico Plaintiff John C. Scott acknowledged that he had accrued Fourteen Thousand Nine Hundred Thirty-Four Dollars and Twelve Cents ($14,934.12) in medical bills and has suffered significant and permanent injuries resulting from the collision.

29. That in the formal demand served upon Defendant Geico Plaintiff C.S. acknowledged that she has accrued One Thousand Five Hundred Seventy-One Dollars and Fifty Cents ($1,571.50) in medical bills and has suffered significant and permanent injuries resulting from the collision.

30. That in the formal demand served upon Defendant Geico Plaintiff L.S. acknowledged that she has accrued One Thousand Six Hundred Seventy Dollars and Fifty Cents ($1,670.50) in medical bills and has suffered significant and permanent injuries resulting from the collision.

31. That in the formal demand served upon Defendant Geico Plaintiff M.S. acknowledged that she has accrued One Thousand Seven Hundred Seventy-Nine Dollars and Fifty Cents ($1,779.50) in medical bills and has suffered significant and permanent injuries resulting from the collision.

32. That Defendant Geico has failed to make a payment under and in accordance with the terms of the uninsured motorist provision of the insurance contract.

33. That Defendant Geico's refusal to pay for the losses incurred by Plaintiffs as a result of the collision were and are without reasonable cause or excuse.

34. That pursuant to RSMo § 375.420, Plaintiffs are entitled to, in addition to all damages associated with Count I, twenty percent (20%) of the first $1,500.00 of loss and ten percent (10%) for all losses greater than $1,500.00, as well as Plaintiffs' attorney fees.

WHEREFORE, Plaintiffs, Sierra N. Scott, John C. Scott, and minors C.S., L.S., and M.S., by and through their Next Friend Sierra N. Scott prays for a judgment against Defendant Geico General Insurance Company in a sum in excess of Twenty-Five Thousand Dollars ($25,000.00), together with costs herein expended, and for any further relief this Court deems just and proper.

**PLAINTIFF REQUESTS TRIAL BY JURY.**

Dated: February 8, 2023                                  Respectfully Submitted,

*/s/ Gregory D. Vescovo, Jr.*
Gregory D. Vescovo, Jr., #63302
J. Matthew French, #74173
**MORGAN & MORGAN**
200 N. Broadway, Suite 720
St. Louis, MO 63102
Tel: 314-955-1036
Fax: 314-955-1060
Email: gvescovo@forthepeople.com
           mfrench@forthepeople.com
**ATTORNEYS FOR PLAINTIFF**