UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| SIERRA N. SCOTT, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 1:23 CV 49 ACL |
| vs. | ) |
| | ) |
| GEICO GENERAL INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

On December 21, 2023, Plaintiffs, by and through their attorney, Gregory Vescovo, and Defendant, by and through its attorney Jackie Kinder, filed a Joint Motion to Dismiss with Prejudice (Doc. 26), in which they notified the Court that they jointly request the Court to enter an Order dismissing the above-referenced case, with prejudice, each party to bear its own costs and expenses, including attorneys' fees.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the instant cause of action is **dismissed with prejudice**, each party to bear their own costs.

Dated this 21st day of December, 2023.

_____
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE